UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WELLS FARGO FUNDING, INC. and ) | **No. 1:09-CV-00817-LO- TRJ** |
| WELLS FARGO BANK, N.A., ) | **(Lead Case)** |
| GMAC MORTGAGE, LLC, ) | No. 1:09-CV-00818-LO-TRJ |
| RESIDENTIAL CAPITAL, LLC and ) | (Consolidated into Lead Case) |
| RESIDENTIAL FUNDING COMPANY, LLC, ) | |
| CHEVY CHASE, FSB, ) | No. 1:09-CV-00819-LO-TRJ |
| and ) | (Consolidated into Lead Case) |
| EMC MORTGAGE CORPORATION, ) | No.  1:09-CV-00820-LO-TRJ |
| ) | (Consolidated into Lead Case) |
| Appellants, ) | |
| ) | |
| v. ) | |
| ) | |
| H. JASON GOLD, CHAPTER 11 TRUSTEE, ) | |
| ) | |
| Appellee. ) | |
| ) | |

## JOINT NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

Wells Fargo Funding, Inc.; Wells Fargo Bank, N.A.; GMAC Mortgage, LLC; Residential Capital, LLC; Residential Funding Company, LLC; Chevy Chase, FSB; and EMC Mortgage Corporation (collectively, the "Summit Drive Creditors"), the appellants below, appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment of the District Court for the Eastern District of Virginia – Alexandria Division, entered in this consolidated case on November 24, 2009, affirming the decision of the United States Bankruptcy Court for the Eastern District of Virginia – Alexandria Division, determining the liens, claims and interests in the proceeds from the sale of certain residential property of the bankruptcy debtor, known generally as 5335 Summit Drive, Fairfax, Virginia (the "Property").  The District Court affirmed the Bankruptcy Court's determination that:  1) the bankruptcy trustee's "strong arm" powers would

overcome the equitable liens and constructive trusts asserted by the Summit Drive Creditors; and 2) Wells Fargo's *lis pendens* on the Property did not prevent the bankruptcy trustee from taking the proceeds from the sale thereof free and clear of the liens.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| *Party* | Chevy Chase, FSB |
| *Counsel* | Paul Sweeney, Va. Bar No. 33994 |
| | Logan Yumkas Vidmar Sweeney LLC |
| | 2530 Riva Road, Suite 400 |
| | Annapolis, Maryland  21401 |
| | Telephone:  (443) 569-5972 |
| | Facsimile:  (410) 571-2798 |
| | Email:  psweeney@loganyumkas.com |
| | |
| *Party* | GMAC Mortgage, LLC |
| | Residential Capital, LLC |
| | Residential Funding Co., LLC |
| *Counsel* | John C. Smith, Va. Bar No. 44556 |
| | DurretteBradshaw PLC |
| | 600 East Main St., 20th Floor |
| | Richmond, VA 23219 |
| | Telephone: (804) 916-6570 |
| | Facsimile: (804) 775-6911 |
| | Email:  jsmith@durrettebradshaw.com |
| | |
| *Party* | EMC Mortgage Corporation |
| *Counsel* | Richard E. Lear, Va. Bar No. 25361 |
| | Holland & Knight LLP |
| | 2099 Pennsylvania Avenue, N.W., Suite 100 |
| | Washington, D.C. 20006 |
| | Telephone:  (202) 457-7049 |
| | Facsimile:   (202) 955-5564 |
| | Email:  richard.lear@hklaw.com |
| | |
| *Party* | Wells Fargo Funding, Inc. |
| | Wells Fargo Bank, N.A. |
| *Counsel* | Derek Y. Sugimura, Va. Bar No. 68693 |
| | Gilbert LLP |
| | 1100 New York Avenue NW, Suite 700 |

|  |  |
|---|---|
|  | Washington, D.C. 20005<br>Telephone:  (202) 772-2200<br>Facsimile:   (202) 772-1924<br>Email:  sugimurad@gotofirm.com |
| *Party*<br>*Counsel* | H. Jason Gold, Esq. - Trustee<br>Karalee C. Morell<br>Rebecca L. Saitta<br>Wiley Rein LLP<br>7925 Jones Branch Drive, Suite 6200<br>McLean, VA 22102<br>Telephone:  (703) 905-2831<br>Facsimile:  (703) 905-2820<br>Email:  rsaitta@wileyrein.com |

Submitted December 22, 2009

    /s/
Paul Sweeney, Va. Bar No. 33994
Counsel for Chevy Chase, FSB
Logan, Yumkas, Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, Maryland 21401
Telephone: (443) 569-5972
Facsimile:  (410) 571-2798
Email:  psweeney@loganyumkas.com

    /s/
John C. Smith, Va. Bar No. 44556
Counsel for GMAC Mortgage, LLC
Counsel for Residential Capital, LLC
Counsel for Residential Funding Co., LLC
DurrreetteBradshaw PLC
600 East Main St., 20th Floor
Richmond, VA 23219
Telephone: (804) 916-6570
Facsimile:  (804) 775-6911
Email:  jsmith@durrettebradshaw.com


      /s/
Richard E. Lear (Va. Bar No. 25361)
Counsel for EMC Mortgage Corporation
Holland & Knight LLP
2099 Pennsylvania Avenue, Suite 100
Washington, D.C. 20068
Telephone: (202) 457-7049
Facsimile:  (202) 955-5564
Email:  richard.lear@hklaw.com

      /s/
Derek Y. Sugimura (VA Bar No. 68693)
Counsel for Wells Fargo Funding, Inc.
Counsel for Wells Fargo Bank, N.A.
Gilbert LLP
1100 New York Avenue NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 772-2200
Facsimile:  (202) 772-1924
Email:  sugimurad@gotofirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    H. Jason Gold, Esq.
    Karalee C. Morell, Esq.
    Rebecca L. Saitta, Esq.
    Wiley Rein LLP
    7925 Jones Branch Drive, Suite 6200
    McLean, VA 22102

      /s/
Derek Y. Sugimura (VA Bar No. 68693)
Counsel for Wells Fargo Funding, Inc., and
Counsel for Wells Fargo Bank, N.A.
Gilbert LLP
1100 New York Avenue NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 772-2200
Facsimile:  (202) 772-1924
Email:  sugimurad@gotofirm.com