FILED: June 21, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT



No. 09-2416
(1:09-cv-00817-LO-TRJ)

In re: VIJAY TANEJA

        Debtor

------------------------------

WELLS FARGO BANK NA; WELLS FARGO FUNDING INCORPORATED; GMAC MORTGAGE LLC; RESIDENTIAL CAPITAL LLC; RESIDENTIAL FUNDING CO LLC; EMC MORTGAGE CORPORATION; CAPITAL ONE N.A.

        Creditors - Appellants

v.

HARRIS JASON GOLD, Trustee

        Trustee - Appellee

ORDER

Upon consideration of the motion to dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk